UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:19-cv-00454

**David Alan Pate,**
*Plaintiff,*
v.
**H. Chuck Bauman et al.,**
*Defendants.*

Before BARKER, *District Judge*

## ORDER

On December 13, 2019, United States Magistrate Judge K. Nicole Mitchell issued a report and recommendation that this lawsuit be dismissed without prejudice for want of jurisdiction. Doc. 10. Plaintiff objected. Doc. 14. Therefore, plaintiff is entitled to de novo review. *See* Fed. R. Civ. P. 72(b)(3).

Having reviewed the report and recommendation de novo, the court finds that it is correct and that plaintiff's objections do not have any merit. Accordingly, plaintiff's objections (Doc. 14) are **overruled**. The report and recommendation (Doc. 10) is **adopted**. This case is **dismissed without prejudice** for want of jurisdiction. Any outstanding motions are **denied as moot**. The clerk of court is **directed** to close this case.

*So ordered by the court on March 31, 2020.*

J. CAMPBELL BARKER
United States District Judge